Same case below, 407 Fed. Appx. 62.

**No. 10-10445. Marc K. Weathers, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3007, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4543.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 394 U.S. App. D.C. 131, 631 F.3d 560.

**No. 10-10446. Sanford T. Link, Petitioner v. United States.**

564 U.S. 1010, 131 S. Ct. 3007, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4388.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 407 Fed. Appx. 991.

**No. 10-10447. Martell Jordan, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3007, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4530.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 409 Fed. Appx. 471.

**No. 10-10449. Albert Jackson, Petitioner v. Helen J. Marberry, Warden.**

564 U.S. 1011, 131 S. Ct. 3007, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4527.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10454. Rafael DeLazaro, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3008, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4403.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 415 Fed. Appx. 739.

**No. 10-10459. Jose R. Andujar-Basco, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3008, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4504.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10462. Stephen Danforth, Petitioner v. Mark Thielen, Warden, et al.**

564 U.S. 1011, 131 S. Ct. 3008, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4423.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 624 F.3d 915.